SALVATORE CARACOGLIA, CONSERVATOR
(PERSON AND ESTATE OF GIUSEPPA
ALBINA CARACOGLIA) *v.*
SERGIO CARACOGLIA
(AC 31794)

Lavine, Robinson and Sullivan, Js.

Argued January 20—officially released March 8, 2011

Per Curiam. The judgment is affirmed.

---

STATE OF CONNECTICUT *v.* DAVID ONG JUDD
(AC 32050)

Harper, Bear and Schaller, Js.

Argued February 18—officially released March 8, 2011

Per Curiam. The judgment is affirmed.

---

DEBRA L. PAPAPIETRO *v.* KIMBERLY R.
CHARLES ET AL.
(AC 32419)

Harper, Bear and Schaller, Js.

Argued February 18—officially released March 8, 2011

Per Curiam. The judgment is affirmed.